In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of HECTOR CRAIG, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; MARY D. CRAIG et al., Respondents.

*Matter of Craig,* 97 App. Div. 289, affirmed.
(Argued April 11, 1905; decided April 25, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 11, 1904, which reversed an order of the Orange

County Surrogate's Court assessing a transfer tax upon the estate of Hector Craig, deceased.

*Henry W. Wiggins* for appellant.

*Howard Thornton* for respondents.

Order affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.